**In re NEW WORLD PASTA COMPANY.**

No. 2006–1511.

United States Court of Appeals, Federal Circuit.

Aug. 11, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).